IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES FARENTINO MADDEN, )
)
Plaintiff, )
)
vs. ) CV-01-BE-2983-S
)
JUDGE GLORIA T. BAHAKEL and )
DAVID BARBER, )
)
Defendants. )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 8, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed because plaintiff seeks monetary relief from defendants who are immune from such relief and for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on May 24, 2002.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed because plaintiff seeks monetary relief from defendants who are immune from such relief and for failure to state a claim upon which

relief may be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 12th day of June, 2002.

*Karon O. Bowdre*
KARON O. BOWDRE
UNITED STATES DISTRICT JUDGE